UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MICHAEL B. HANDRIGAN,
    Plaintiff,

v.                             C.A. NO.: _____

TRAVIS & NATALIE, INC.,
Owner of F/V TRAVIS & NATALIE,
    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SEAMAN'S AFFIDAVIT

I, DAVID B. KAPLAN, Attorney for the plaintiff in the above-entitled action, on oath depose and state as follows:

The plaintiff in the above-entitled action is a seaman and claims the benefits of the United States Code Annotated, Title 28, Section 1916, which states that:

> In all courts of the United States, seaman may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted for their health or safety without prepaying fees or costs or furnishing security therefor.

Respectfully submitted
by his attorney,

_____
DAVID B. KAPLAN #258540
The Kaplan/Bond Group
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

Dated: November 22, 2004