AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

MICHAEL B. HANDRIGAN,

V.

TRAVIS & NATALIE, INC., owner of
F/V TRAVIS & NATALIE

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 12491 MG

TO: (Name and Address of Defendant)

Travis & Natalie, Inc.
113 Lewiston Avenue
West Kingston, RI  02892

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

David B. Kaplan, Esquire
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA  02210

(617) 261-0080

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS
CLERK

NOV 24 2004
DATE

BY DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | Dec. 8, 2004 |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Travis & Natalie Inc.
113 Lewiston Rd. West Kingston R.I.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _Joshua Nadler_
              Officer of Co.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40.00 | 40.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/8/04
          Date          (Signature of Server)

                        Thomas Noury
                        41 N. Elmore Ave.
                        P.O. Box 114026
Address of Server       North Providence, RI 02911

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.