SCANNED
DATE: 2-1-05
BY: CMG

JRO:MKD:cml 37168 \pleading\37168changevenue

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -1  A 11: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL B. HANDRIGAN,
Plaintiff,

v.                                              C.A. No.: 04-12491-NMG

TRAVIS & NATALIE, INC.,
Owner of F/V TRAVIS & NATALIE,
Defendants,

### DEFENDANT, TRAVIS AND NATALIE, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)

Now comes Travis and Natalie, Inc. defendant in the above-entitled action and requests this honorable court to transfer the instant case to the U. S. District Court for the District of Rhode Island. Pursuant to 28 U.S.C. 1404(a) and the case law interpreting it, transfer is appropriate for the convenience of the parties and witnesses and would serve the ends of justice. Defendant relies on the attached memorandum of law in support of its motion.

Respectfully submitted,
DEFENDANT, TRAVIS & NATALIE, INC.,
By Its Attorney,

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

## CERTIFICATION

I certify that I sent a true copy of the within on    1.28.05        to:

David B. Kaplan, Esq.
THE KAPLAN / BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA  02210

JRO:MKD:ljc 37168 \pleading\37168Affidavit

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL B. HANDRIGAN | : |
| VS. | : C.A. NO. 04-12491 NMG |
| TRAVIS & NATALIE, INC., Owner of F/V TRAVIS & NATALIE | : |

## AFFIDAVIT

I, Frederick J. Mattera, of 113 Lewiston Avenue, West Kingston, Rhode Island 02892, hereby make affidavit as follows under the pains and penalties of perjury:

1. I am the owner of Travis & Natalie, Inc., which owns the F/V Travis & Natalie.

2. The home port of the F/V Travis & Natalie is the port of Galilee in Narragansett, Rhode Island.

3. To the best of my knowledge, all crewmen that worked on the F/V Travis & Natalie, at the time the plaintiff worked aboard the vessel, were residents of southern Rhode Island.

_____
FREDERICK J. MATTERA

Subscribed and sworn to me this 25th day of January, 2005.

_____
Notary Public  Michael T. Peen

My commission expires: 6/2/06