UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO.:  04-12491NMG

```
* * * * * * * * * * * * * * * * * * * * * * * *
MICHAEL B. HANDRIGAN,            *
Plaintiff,                       *
                                 *
v.                               *
                                 *
TRAVIS & NATALIE, INC.,          *
Owner of F/V TRAVIS & NATALIE,   *
Defendants.                      *
* * * * * * * * * * * * * * * * * * * * * * * *
```

**Certification Pursuant to Local Rule 16.1 (D)(3)**

I, David B. Kaplan, hereby certify that I have engaged in discussions with my client, Michael B. Handrigan, concerning a budget of costs for this litigation and an alternative dispute resolution mechanism, as required by Local Rule 16.1(D)(3).

THE PLAINTIFF,

 /s/ Michael B. Handrigan
MICHAEL B. HANDRIGAN

Attorney for the Plaintiff,
MICHAEL B. HANDRIGAN

 /s/ David B. Kaplan
DAVID B. KAPLAN, ESQUIRE
BBO#258540
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080

May 9, 2005