JRO:CLI:jlb 37168 \pleading\37168certificate

FILED
CLERKS OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

2005 MAY 12 P 2:58

U.S. DISTRICT COURT

MICHAEL B. HANDRIGAN       :
                           :
        VS.                :       C.A. NO. 04-12491 NMG
                           :
TRAVIS & NATALIE, INC.,    :
Owner of F/V TRAVIS & NATALIE :

### CERTIFICATION

This is to certify that the individuals below have (a) conferred with a view to establishing a budget for costs of conducting a full course—and various alternative courses—of the litigation, and (b) considered the resolution of the litigation through the use of alternative dispute resolution programs such as that outlined in Local Rule 16.4.

DEFENDANT,
By Its Attorney,

_____
J. Renn Olenn, Esq. BBO#642090
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

_____
FREDERICK MATTERA

_____
FREDERICK MATTERA AS AUTHORIZED
REPRESENTATIVE FOR TRAVIS & NATALIE, INC.