UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL B. HANDRIGAN,<br>      Plaintiff,<br><br>v.<br><br>TRAVIS & NATALIE, INC.<br>Owner of F/V TRAVIS &<br>& NATALIE,<br>      Defendants. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 04-12491-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR ORAL ARGUMENT**

    Pursuant to LR 7.1(D), Plaintiff requests a hearing on Defendant's motion to transfer venue.

                                        Respectfully submitted,
                                        by his attorney,


                                        /s/ David B. Kaplan
                                        DAVID B. KAPLAN, ESQUIRE
                                        BBO # 258540
                                        THE KAPLAN/BOND GROUP
                                        88 BLACK FALCON AVENUE, SUITE 301
                                        BOSTON, MA 02210
                                        (617) 261-0080


Dated:  June 28, 2005