JRO:mes 37168 \pleading\37168objection.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MICHAEL B. HANDRIGAN :
:
VS. : C.A. NO. 04-12491 NMG
:
TRAVIS & NATALIE, INC., :
Owner of F/V TRAVIS & NATALIE :

### OBJECTION PLAINTIFF'S MOTION FOR ORAL ARGUMENT

Defendant objects to further argument. The parties have already provided oral argument from which a specific deposition was ordered and taken. A written response from defendant's principal was authorized and filed. All the above were directed solely at the issue of venue and defendant requests a ruling believing that further argument would not add anything that is not already before the Court.

DEFENDANT,
By its Attorney,

_____
J. Renn Olenn, Esq. BBO #642090
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

### CERTIFICATION

I certify that I sent a true copy of the within on   7/1/05   to:

David B. Kaplan, Esq.
THE KAPLAN / BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210

_____