# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

                          V.                        CASE NO. _____

_____

## NOTICE OF APPEAL

   Notice is hereby given that _____ above named, hereby

appeals from the _____ entered in the above entitled

action on _____ .

                                                    By the Court,

_____                          _____
        **Date**                                   **Deputy Clerk**

(Notice of Appeal.wpd - 12/98)                          [app., kdapp., kgapp., kcustapp.]

# THE KAPLAN / BOND GROUP

*90*     *80*     *70*

David B. Kaplan
Thomas M. Bond
Tracey N. Kaplan

*Attorneys at Law and Proctors in Admiralty*
*88 Black Falcon Avenue, Suite 301*
*Boston, Massachusetts 02210*

*(617) 261-0080*
*Fax (617) 261-1558*

August 11, 2005

VIA ECF
United States District Court
for the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Michael B. Handrigan v. Travis & Natalie, Inc.
        <u>USDC for the District of Massachusetts, C.A. No. 04-12491 NMG</u>

Dear Sir/Madam:

Enclosed herewith please find the following in connection with the above-referenced matter.

1.    Notice of Appeal

Kindly docket and file same with the knowledge that plaintiff is aware that this Notice of Appeal shall be held in abeyance until such a time as plaintiff's Rule 59(e) Motion for Reconsideration has been ruled upon. If this appeal becomes necessary, the filing fee shall be promptly delivered to the court.

Very truly yours,

/s/ David B. Kaplan
DAVID B. KAPLAN

Encl.
cc: J. Renn Olenn, Esq. (via ECF)